IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 10-CV-2608 PAM/FLN |
| | ) |
| KEVIN GEISINGER, et al. | ) |
| | ) |
| Defendants. | ) |

ORDER

Before the Court is the United States' Motion for Summary Judgment in the above-captioned case. For the reasons provided in the Court's Opinion, the motion is HEREBY GRANTED. Judgment shall be entered in favor of the United States and against defendant Kevin Geisinger. The United States is permitted to foreclose its federal tax liens on Kevin Geisinger's real property and prefabricated home. The United States is to submit to the Court a proposed judgment and Order of Sale within twenty (20) days of the date of this Order.

IT IS SO ORDERED.


Date:   August 4, 2011


                                                 s/Paul A. Magnuson
                                               JUDGE PAUL A. MAGNUSON
                                               UNITED STATES DISTRICT COURT