IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 10-CV-2608 PAM/FLN |
| | ) | |
| KEVIN GEISINGER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure, judgment by default is hereby entered in favor of the United States and against HSBC Finance Corporation. Further, it is hereby decreed that HSBC Finance Corporation has no interest in the real property that is the subject of this action.

Entered this   4th   day of   August  , 2011.

                                               s/Paul A. Magnuson
                                               JUDGE PAUL A. MAGNUSON
                                               UNITED STATES DISTRICT COURT