IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 10-CV-2608 PAM/FLN |
| | ) | |
| KEVIN GEISINGER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with this Court's Order of August 4, 2011 (Docket Number 27), judgment is hereby entered in favor of the United States and against Kevin Geisinger for the unpaid balance of federal income taxes, penalties, and interest in the amount of $524,787.10, as shown below, plus interest and statutory additions according to law from August 23, 2011 until paid:

| Tax Year | Balance of Liability |
|---|---|
| 1997 | $151,965.70 |
| 1998 | $186,987.56 |
| 1999 | $ 65,873.62 |
| 2000 | $ 72,936.36 |
| 2003 | $ 38,575.04 |
| 2005 | $   8,448.82 |
| TOTAL | $524,787.10 |

Furthermore, pursuant to 26 U.S.C. § 7403, it is ordered, adjudged, and decreed that the United States holds valid and subsisting federal tax liens (under 26 U.S.C. §§ 6321 and 6322) for the years described above upon all property and rights to property belonging to defendant Kevin Geisinger, including his interest in the prefabricated home and real property ("the Property") located at 6335 County Road 3 N.W., Annandale, Minnesota, which is legally described as follows:

>That part of Government Lot One (1), Section Thirty Four (34), Township One Hundred Twenty- One (121), Range Twenty-Eight (28), Wright County, Minnesota, described as follows: Commencing at the northeast corner of said Government Lot 1; thence on an assumed bearing of South along the east line thereof, a distance of 695.82 feet to the point of beginning of the tract to be described; thence on a bearing of West, a distance of 576.00 feet; thence on a bearing of South, a distance of 322.00 feet; thence North 88° 34' 46" East, a distance of 300.00 feet; thence North 01° 42' 41" West, a distance of 49.96 feet; thence on a bearing of east, a distance of 277.59 feet to said east line; thence North along said east line, a distance of 274.62 feet to the point of beginning, Containing 4 acres, more or less and subject to the right of way of C.S.A.H. No. 3.

It is further ordered, adjudged, and decreed that, pursuant to 26 U.S.C. § 7403, such federal tax liens shall be foreclosed and enforced against the Property, and the Property shall be sold, free and clear of all rights, titles, claims, and interests of the parties to this action, with no right of redemption. The Property will be sold pursuant to further order of the Court.

Entered this  25th  day of   August  , 2011.


 s/Paul A. Magnuson
JUDGE PAUL A. MAGNUSON
UNITED STATES DISTRICT COURT